IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA IN AND FOR POLK COUNTY
CIVIL DIVISION

**JEFFREY M. PITTS,**

    **Plaintiff,**                                     **CASE NO.:**

vs.                                                  **DIVISION:**

**CHARTER OAK FIRE INSURANCE COMPANY,**

    **Defendant.**
_____/

## COMPLAINT

COMES NOW, the Plaintiff, JEFFREY M. PITTS, by and through her undersigned counsel, and sues the Defendant, CHARTER OAK FIRE INSURANCE COMPANY, and shows unto this Honorable Court as follows:

1. This is a claim for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs and fees.

2. That on May 1, 2013, Plaintiff, JEFFREY M. PITTS, was the owner and operator of a 2005 Ford motor vehicle and was operating said motor vehicle on US Highway 98 North in Lakeland, Polk County, Florida.



3. That on May 1, 2013, Lindsey Renee Moore, was the operator and owner of a 2004 Chevrolet motor vehicle and was operating said motor vehicle on US Highway 98 North in Lakeland, Polk County, Florida and did negligently operate the motor vehicle so that it collided with the vehicle that was driven by the Plaintiff, JEFFREY M. PITTS.

4. At all times material hereto, Lindsey Renee Moore, was an underinsured motorist and does not have sufficient personal injury liability insurance to compensate the Plaintiff for his damages.

5. As a result of said collision, Plaintiff, JEFFREY M. PITTS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical, nursing, and hospitalization expenses, medical and nursing care and treatment, loss of earnings, and loss of the ability to earn money. The losses are either permanent in nature or continuing and Plaintiff will suffer the losses in the future.

6. At all times material hereto, Plaintiff, JEFFREY M. PITTS, was insured under a policy of motor vehicle insurance issued by the Defendant, CHARTER OAK FIRE INSURANCE COMPANY, policy number IOBA-6088P063, and said policy provided underinsured motorist coverage. A copy of said policy is known to this Defendant.

7. That Defendant, CHARTER OAK FIRE INSURANCE COMPANY, has refused to pay pursuant to its policy as hereinabove described.

WHEREFORE, the Plaintiff, JEFFREY M. PITTS, sues the Defendant, CHARTER OAK FIRE INSURANCE COMPANY, and claims damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), together with costs and respectfully demands a trial by jury.

Dated this 17 day of July, 2014.

WILLIAM H. WINTERS, ESQUIRE
WINTERS & YONKER, P.A.
Post Office Box 3342
Tampa, Florida 33601
(813) 223-6200
Florida Bar#: **437263**
Attorney for Plaintiff